**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

James W. Trexler, Petitioner,

v.

The Associated Press, Barrington Broadcasting South Carolina Corp., Raycom TV Broadcasting, Inc., The Spartanburg Herald Journal, Inc., and The Pacific & Southern Co., Respondents.

Appellate Case No. 2015-001368

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

Appeal from Richland County
Joseph M. Strickland, Special Circuit Court Judge

Memorandum Opinion No. 2016-MO-030
Heard September 7, 2016 – Filed October 19, 2016

**DISMISSED AS IMPROVIDENTLY GRANTED**

William H. Johnson, of Law Offices of William H. Johnson, LLC, of Manning; W. Westbrook Wills, III, of

Folly Beach; and Matthew D. Hamrick, of Charleston, all for Petitioner.

Jerry Jay Bender, of Baker, Ravenel & Bender, LLP, of Columbia, for Respondents.

_____

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision in *Trexler v. The Associated Press*, Op. No. 2015-UP-201 (S.C. Ct. App. filed Apr. 15, 2015).  After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, JJ., and Acting Justice J. Mark Hayes, II, concur.**